UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID OMAR SALAS,<br><br>　　　　Defendant. | Case No. 1:16-CR-122-BLW<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　WHEREAS, on November 3, 2016, this Court entered a Preliminary Order of Forfeiture (ECF No. 30), pursuant to the provisions of 18 U.S.C. § 924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), and based upon the Rule 11 Plea Agreement (ECF No. 18 – filed September 7, 2016), entered into in the above case between DAVID OMAR SALAS and the United States;

　　　　WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

　　　　AND WHEREAS, no claims were filed.

FINAL ORDER OF FORFEITURE - 1

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (ECF No. 42) is GRANTED. The Court further directs the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E) to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**Firearms and Ammunition associated therewith:**

1. Sturm Ruger, Model P95D 9x19 mm caliber pistol, serial number 313-02148;
2. Heritage Manufacturing Inc., Model Rough Rider, .22 LR caliber revolver, serial number HR66146; and
3. Any ammunition seized from the defendant and/or associated with the above firearms.

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.



DATED: January 13, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

FINAL ORDER OF FORFEITURE - 3